# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  PLAINTIFF  v.  Earl DeLuca  DEFENDANT(S). | CASE NUMBER  08-1286  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __May 29, 2003__, _____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __341, Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
            *(Other custodial officer)*

Dated: __5/28/08__           _____/s/_____
                              U.S. District Judge/Magistrate Judge